UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SEARCH PEOPLE ENTERPRISES LTD., a British Columbia, Canada, corporation; MEHTABJIT SINGH TEJA, a/k/a RONNIE TEJA, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:22-cv-01113-TL<br><br>ORDER ON DISCOVERY MOTIONS |

Pending before the Court are three discovery motions filed by the Parties. For the reasons stated at oral argument on the motions (Dkt. No. 76), it is hereby ORDERED:

(1) Plaintiff's Renewed Motion for Sanctions (Dkt. No. 48) is DENIED.

(2) Defendants' Motion to Compel (Dkt. No. 53), and the request for fees and costs contained therein, are DENIED.

ORDER ON DISCOVERY MOTIONS - 1

(3)  The Parties' LCR 37 Joint Submission Regarding Defendants' Requests for Production Nos. 4 and 8, and Interrogatories Nos. 2 and 3 (Dkt. No. 63) is GRANTED IN PART and DENIED IN PART.

    a.  The motion is GRANTED as to Interrogatories Numbers 2 and 3 (Dkt. No. 64-3 at 6–7). Plaintiff SHALL identify lawsuits and settlement agreements involving Plaintiff's product keys.

    b.  The motion is DENIED as to Request for Production ("RFP") Number 4 (Dkt. No. 64-1 at 6), regarding case documents in general from the lawsuits.

    c.  The motion is GRANTED as to RFP 8 (Dkt. No. 64-1 at 7–8), regarding documents relating to settlement agreements since 2016. However, Plaintiff may redact settlement amounts from the responsive documents.

    d.  The Parties' requests for sanctions are DENIED.

    e.  Plaintiff SHALL produce documents responsive to this Order **by February 3, 2025**.

Dated this 21st day of January 2025.

Tana Lin
United States District Judge