The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v<br><br>THE SEARCH PEOPLE ENTERPRISES LTD., a British Columbia, Canada, corporation; MEHTABJIT SINGH TEJA, aka RONNIE TEJA, an individual; and DOES 1–10,<br><br>    Defendants. | Case No. 2:22-cv-01113-TL<br><br>**STIPULATED MOTION REGARDING THE DEPOSITION OF MICROSOFT CORPORATION AND [PROPOSED] ORDER**<br><br>**NOTE ON MOTION CALENDAR: January 24, 2025** |

STIPULATION RE DEPOSITION OF
MICROSOFT CORPORATION - Page 1
Case No. 2:22-cv-01113-TL

**PREG O'DONNELL & GILLETT** PLLC
901 Fifth Avenue
Suite 3400
Seattle, WA, 98164
PH: (206) 287-1775
FAX: (206) 287-9113

**HANSEN LAW FIRM,** P.C.
75 E. Santa Clara Street
Suite 1150
San Jose, CA 95113
PH: (408) 715-7980
FAX: (408) 715-7001

Defendants The Search People Enterprises Ltd. ("TSPE") and Mehtabjit Singh Teja, aka Ronnie Teja ("Teja") (collectively, "Defendants") and Plaintiff Microsoft Corporation ("Plaintiff") (Defendants and Plaintiff collectively, "The Parties") stipulate as follows:

## I. RECITALS

1. Pursuant to the Order Resetting Bench Trial Date and Related Dates (Dkt. No. 43), fact discovery in this matter is to be completed by February 3, 2025.

2. On January 8, 2025, Defendants served Plaintiff with an amended notice to take the deposition of Plaintiff on January 30, 2025 (the "Depo Notice").

3. On January 16, 2025, Plaintiff filed a Motion for Protective Order Under Rule 26(c)(1) ("MPO") (Dkt. No. 74) seeking a protective order.

4. The MPO is a 14-Day Motion under LCR 7(d), and thus will not be fully briefed until January 30, 2025, the same date the deposition is scheduled to take place.

5. On January 21, 2025, the Court issued its Order on Discovery Motions (Dkt No. 77) (the "Discovery Order"). The Discovery Order requires Microsoft to provide additional information as to Defendants' Interrogatories Nos. 2 and 3 and Request for Production No. 8.

6. Defendants want to be able to review the forthcoming documents and amended interrogatory responses prior to deposing Microsoft and intend to depose Microsoft on topics related to those forthcoming documents and amended interrogatory responses.

7. The Parties further wish to postpone the deposition of Plaintiff until they receive the Court's ruling on Plaintiff's MPO.

## II. STIPULATION

8. Given the pending MPO and forthcoming documents and amended interrogatory responses, the Parties stipulate to allow Defendants to depose Plaintiff after the February 3, 2025 discovery cutoff but before the end of February 2025. The Parties will meet and confer and set a new date for the deposition to occur before the end of February 2025.

STIPULATION RE DEPOSITION OF
MICROSOFT CORPORATION - Page 2
Case No. 2:22-cv-01113-TL

PREG O'DONNELL & GILLETT PLLC
901 Fifth Ave.
Suite 3400
Seattle, WA, 98164
PH: (206) 287-1775
FAX: (206) 287-9113

HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street,
Suite 1150
San Jose, CA 95113
PH: (408) 715-7980
FAX: (408) 715-7001

### III.    GOOD CAUSE STATEMENT

9. A party may obtain relief from the discovery cutoff date by demonstrating good cause for allowing further discovery. Fed. R. Civ. P. 16(b)(4).

10. The Parties demonstrate good cause for allowing this deposition to occur after the discovery cutoff. The MPO should be resolved prior to the deposition occurring and after Microsoft provides the documents and amended interrogatory responses required by the Discovery Order. Postponing the deposition until after the Court enters its order on Plaintiff's MPO will promote efficiency and provide clarity on the topics for which Microsoft's witness must be prepared to testify. Therefore, the Parties respectfully request that the Court grant this stipulation between the Parties, which is limited to Microsoft's deposition.

DATED: January 24, 2025

        HANSEN LAW FIRM, P.C.
        Attorney for Defendants, The Search People Enterprises Ltd. and Mehtabjit Singh Teja, aka Ronnie Teja

        By */s/ Craig A. Hansen*
        Craig A. Hansen (*pro hac vice*)
        Collin D. Greene (*pro hac vice*)
        75 E. Santa Clara Street, Suite 1150
        San Jose, CA 95113
        craig@hansenlawfirm.net
        collin@hansenlawfirm.net

DATED: January 24, 2025

        DAVIS WRIGHT TREMAINE LLP
        Attorneys for Plaintiff Microsoft Corporation

        By */s/ John D. Freed*
        Bonnie E. MacNaughton, WSBA #36110
        Xiang Li, WSBA #52306
        Emily Parsons, WSBA #57061

STIPULATION RE DEPOSITION OF MICROSOFT CORPORATION - Page 3
Case No. 2:22-cv-01113-TL

PREG O'DONNELL & GILLETT PLLC
901 Fifth Ave.
Suite 3400
Seattle, WA, 98164
PH: (206) 287-1775
FAX: (206) 287-9113

HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street,
Suite 1150
San Jose, CA 95113
PH: (408) 715-7980
FAX: (408) 715-7001

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: bonniemacnaughton@dwt.com
Email: xiangli@dwt.com
Email: emilyparsons@dwt.com

John D. Freed (*pro hac vice*)
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6532
Email: jakefreed@dwt.com

**ORDER**

Based on the foregoing, IT IS SO ORDERED.

DATED: January 27, 2025

*[signature]*

Tana Lin
United States District Judge

STIPULATION RE DEPOSITION OF MICROSOFT CORPORATION - Page 4
Case No. 2:22-cv-01113-TL

**PREG O'DONNELL & GILLETT** PLLC
901 Fifth Ave.
Suite 3400
Seattle, WA, 98164
PH: (206) 287-1775
FAX: (206) 287-9113

**HANSEN LAW FIRM,** P.C.
75 E. Santa Clara Street,
Suite 1150
San Jose, CA 95113
PH: (408) 715-7980
FAX: (408) 715-7001